AO91 (Rev. 12/03)  Criminal Complaint                                                                                  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

Ana Maria MEJIA
AKA Ana Maria MEJIA-Gonzalez
IAE A088 335 402
Mexico 1950

**CRIMINAL COMPLAINT**

Case Number: 7:14-po-03181

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 07, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Ana Maria MEJIA was encountered by Border Patrol Agents near Hidalgo, Texas on May 7, 2014. When questioned as to her citizenship, defendant stated that she was a citizen and national of the United Mexican States, who had entered the United States illegally on May 7, 2014 by rafting across the Rio Grande River near the Progreso, Texas, Port of Entry.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Gonzalez, Rogelio  Border Patrol Agent
Signature of Complainant

Gonzalez, Rogelio    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 09, 2014                                                            at    McAllen, Texas
Date                                                                              City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge            Title of Judge                                      Signature of Judge